Argued at Pendleton November 1; modified December 13, 1932; rehearing denied January 24; mandate recalled and former opinion modified May 9, 1933. See 141 Or. 426.

## SIMPSON *v.* BANKOFIER ET AL.
### (21 P. (2d) 1077)

*William E. Lees,* of Ontario (Robert E. Lees, of Ontario, on the brief), for appellant.

*M. A. Biggs,* of Ontario, and *Charles E. Foley,* of Burns, for respondent.

KELLY, J. Defendants interposed a motion to recall the mandate and for a rehearing herein. Pursuant thereto, the mandate was recalled; and, upon consideration of said motion for rehearing, we are of the opinion that defendants' criticism of the order of January 24, 1933, is tenable and justifiable.

Ten Mile creek is a seasonal stream and from the testimony it appears that the water is used whenever available. The run-off or flood period of said stream varies from year to year, consequently the date fixed for the beginning of the irrigation season should be sufficiently early to allow the use of the water when available and to permit its use as long as it can be beneficially used. During an exceptionally wet season, the testimony indicates that the flow of the stream

continues late in the summer, although ordinarily it ceases from the first to the fifteenth of May. In view of the foregoing, the water users herein awarded a water right may use the water any time to the extent herein allowed and in accordance with their respective priorities during the irrigation season which is hereby fixed to be from March 1 to September 1 of each year.

In order that the time of use and the manner of distribution of the water from Ten Mile creek may be made to conform with the conditions found on such creek, it is ordered that the former opinions be modified as hereinabove indicated and as follows:

That the water rights as determined and awarded shall be distributed in accordance with the following schedule:

| Name | Date of Priority | Quantity of Water | Description of Land or Place of Use |
|---|---|---|---|
| 1. Joe Bankofier | 1873 | 80 min. in. | NW¼ NE¼, Section 29, S½ SE¼; NE¼ SE¼, Section 20; Tp. 40 S., R. 43 E., W. M. |
| 2. Lulu M. Simpson | 1880 | 550 min. in. | NE¼ SW¼ S½ SW¼, Section 23; SE¼ SE¼, Section 22; W½ W½, Section 26; NE¼ NE¼, SE¼ SE¼, Section 27; SW¼ SE¼; E½ SE¼, Section 33; S½ NW¼; N½ SW¼; |

| Name | Date of Priority | Quantity of water | Description of Land or Place of Use |
|---|---|---|---|
| 2. Lulu Simpson—Continued | | | NE¼; N½ SE¼; SE¼ SW¼; Section 34; W½; SW¼ NE¼; NW¼ SE¼; Section 35, Tp. 40 S., R. 42 E., W. M.; All of Section 3; NW¼, Section 2, All in Tp. 41 S., R. 42 E., W.M. |
| 3. Joe Bankofier | 1884 | Undetermined | SW¼ SW¼, Section 29; SE¼ SE¼, Section 30; NE¼ NE¼, Section 31; NW¼ NW¼, Section 32; Tp. 40 S., R. 43 E., W. M., SE¼ NW¼; N½ SW¼; SW¼ NE¼, Section 29, Tp. 40 S., R. 43 E., W. M. |

The water master or official in charge of the distribution of water may order the water users to install proper headgates and measuring devices to insure an equitable division of the waters between the users as herein determined and the expense of such installa-

tion shall be paid by the individual so ordered. The quantity of water herein allowed to each user shall be measured at the point of diversion for the lands of each water user.

Except as herein modified the former opinions shall govern the rights of the parties hereto.

Defendants' motion for rehearing is overruled.

RAND, C. J., did not participate in this decision.